UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY ABUBACAR,

                Plaintiff,          25-cv-4944 (JGK)

    - against -                ORDER

CITY OF NEW YORK, ET AL.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 16, 2025.

SO ORDERED.

Dated:    New York, New York
          October 1, 2025

                                            John G. Koeltl
                                   United States District Judge